# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00708-CV

**Saeed Khan, Appellant**

**v.**

**The State of Texas; The City of Houston, Texas; and the Transit Authority of Houston, Texas, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT NO. D-1-GV-06-002172, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Saeed Khan filed his notice of appeal on December 16, 2009. Appellant's brief was due in this Court on February 15, 2010. On March 26, 2010, the Clerk of this Court sent notice to appellant that his brief was overdue and that his appeal would be dismissed for want of prosecution if he did not respond to this Court by April 5, 2010. To date, appellant has not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b), (c).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed for Want of Prosecution

Filed: May 5, 2010